**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        CBS Outdoor, Inc. v. Larry E. Potter

Appellate case number:    01-11-00650-CV

Trial court case number:  2009-54488

Trial court:                      270th District Court of Harris County

     It is ordered that the motion for rehearing is DENIED.

Judge's signature: /s/ Laura C. Higley
                       Acting for the Court

Panel consists of: Justices Jennings, Higley, and Sharp

Date:  March 5, 2013